## S90A1282. SCOTT v. HERNANDEZ-CUEVAS.
(396 SE2d 900)

CLARKE, Chief Justice.

The trial court granted this petition for a writ of habeas corpus. The state appeals. We affirm.

Marco Polo Hernandez-Cuevas was convicted of trafficking cocaine. The trial court instructed the jury that it could convict upon

evidence of actual or constructive possession of cocaine. At the time of conviction, the Court of Appeals had ruled that evidence of constructive possession was sufficient to convict under the statute. See *Lockwood v. State*, 184 Ga. App. 262 (361 SE2d 195) (1987); *Evans v. State*, 167 Ga. App. 396 (306 SE2d 691) (1983). The jury charge was not raised as an error in the direct appeal. Five days after the direct appeal was decided, this Court issued *Lockwood v. State*, 257 Ga. 796 (364 SE2d 574) (1988), which overruled the Court of Appeals' cases that had held constructive possession to be sufficient.

In a well-reasoned decision, Judge Hugh Lawson determined that (1) the jury charge is reversible error under *Lockwood v. State*, supra; (2) *Lockwood* applies retroactively; see *Chews v. State*, 187 Ga. App. 600 (371 SE2d 124) (1988); and (3) Hernandez-Cuevas' claim is not procedurally defaulted under *Black v. Hardin*, 255 Ga. 239 (336 SE2d 754) (1985). Hernandez-Cuevas could not have been expected to raise the *Lockwood* issue in the direct appeal because *Lockwood* had not yet been decided. The court therefore granted a writ of habeas corpus. We find no error and affirm.

*Judgment affirmed. All the Justices concur.*

DECIDED OCTOBER 18, 1990.

*Michael J. Bowers, Attorney General, Newton, Smith, Durden, Kaufold & McIntyre, Massie H. McIntyre,* for appellant.
*Michael M. Worth, James C. Bonner, Jr.,* for appellee.